UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MORY CAMARA, on behalf of himself,
individually, and on behalf of all others similarly-situated,

**Docket No.: 17-cv-02187 (GBD)**

Plaintiff,

-against-

A&P PARKING CORP., and MUHAMMAD ARIF,
individually, and PIRZADA UDDIN, individually,

Defendants.
------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ordered by the Court, that:

(a) the parties' settlement, including the settlement of claims under the Fair Labor Standards Act, is fair and reasonable, and is approved under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012);

(b) the above-captioned action and all claims that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and without costs, disbursements, or attorneys' fees to any party except as otherwise provided for in the parties' agreement; and

(c)     the Court shall retain jurisdiction of this matter for the sole purpose of enforcing the parties' settlement and entering judgment in accordance therewith should that become necessary.

BORRELLI & ASSOCIATES, P.L.L.C.

By: _____
Jeffrey R. Maguire, Esq.
655 Third Avenue, Suite 1821
New York, New York 10017
Tel.: (212) 679-5000
Fax: (212) 679-5005
JRM@employmentlawyernewyork.com
*Attorneys for Plaintiffs*

Dated: __February 7__, 2018

COREY STARK, PLLC

By: _____
Corey Stark, Esq.
110 East 59th Street, 22nd Floor
New York, New York 10022
Tel.: (212) 324-3705
Fax: (212) 324-3705
corey@cstarklaw.com
*Attorneys for Defendants*

Dated: __February 7__, 2018

SO ORDERED, on the _____ day of _____, 2018, New York, New York:

FEB 1 2 2018   _____
The Honorable George B. Daniels, U.S.D.J.

2